■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JAMES J. McENROE, Admitted November 21, 1977, at a Term of the Appellate Division, First Department. [721 NYS2d 764] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See*, 247 AD2d 158.]